UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-12040-RGS

BEN VENTURA

v.

FRAN VELLA-MARRONE, et al.

ORDER

May 7, 2026

STEARNS, D.J.

On May 5, 2026, a *pro se* litigant proceeding under the name "Ben Ventura" filed a one-page civil complaint and a motion for leave to proceed *in forma pauperis.* The complaint names "Fran Vella-Marrone," "Brian Gotlieb," and "Genine Edwards" as defendants. The body of the complaint consists of a single factual allegation ("Defendants Gotlieb and Edwards frequently violated due process, [w]ith the support of Fran-Vella-Marrone.") a demand for damages, and a declaration under penalty of perjury that "the Complaint is true and correct." Dkt #1.

Article III of the Constitution limits the jurisdiction of the federal courts to "Cases" or "Controversies." U.S. Const. art. III, § 2. For a case or controversy to exist, the plaintiff must have standing, or, in other words, the

plaintiff "must present an injury that is concrete, particularized, and actual or imminent; fairly traceable to the defendant's challenged action; and redressable by a favorable ruling." *Horne v. Flores*, 557 U.S. 433, 445 (2009).

Here, Ventura does not set forth a claim for which he has standing. While Ventura alleges that the defendants "frequently violated due process," he does not identify any conduct by the defendants that injured him personally.

In the absence of a case or controversy over which the court could exercise jurisdiction, the court DISMISSES this action.[1]

**SO ORDERED.**

/s/ Richard G. Stearns

UNITED STATES DISTRICT JUDGE

---

[1] The court notes that, according to information available on the Federal Courts' PACER (Public Access to Court Electronic Records) platform, in the first week of May 2026, a plaintiff named Ben Ventura filed a case titled "*Ventura v. Vella-Marrone*" in thirty-two different federal district courts.